UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                        Case No. 10-cr-80-02/03/04/05-SM

<u>Anthony Scott, Ashley Scala,</u>
<u>Gary Patch and Maria Valdez</u>

<u>O R D E R</u>

The defendant Maria Valdez, through counsel, has moved to continue the trial scheduled for April 19, 2011 for a period of 45 days, citing the need for additional time to finalize ongoing plea negotiations.  Co-defendants do not object, nor does the government object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from April 19, 2011 to June 21, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  The defendant shall file a waiver of speedy trial not later than April 18, 2011.

Final Pretrial Conference:     June 10, 2011 at 4:00 PM

Jury Selection:                June 21, 2011 at 9:30 AM

SO ORDERED.

April 8, 2011

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal